G. Lynn Shumway (011714)
shumway@carsafetylaw.com
**SHUMWAY LAW PLLC**
4647 N. 32nd Street, Suite 125
Phoenix, Arizona 85018-3345
Telephone: 602.795.3720
Facsimile : 602.795.3728

Brent Ghelfi (011491)
BrentGhelfi@GhelfiLawGroup.com
**GHELFI LAW GROUP, PLLC**
4647 N. 32nd Street, Suite 125
Phoenix, Arizona 85018-3345
Telephone : 602.318.3935

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Elizabeth O'Brien**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**General Motors LLC**, a Delaware limited liability company,<br><br>Defendant. | No. CV-19-05352-PHX-NVW<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Elizabeth O'Brien hereby gives notice that she has reached a settlement with Defendant General Motors of all claims in this action. The parties will file a stipulation and order of dismissal with prejudice in the near future.

1

1     Request is hereby made that any calendared events be vacated.

2     DATED this 3rd day of June 2020.

3                                      SHUMWAY LAW PLLC

__G. Lynn Shumway_____
G. Lynn Shumway
4647 N. 32nd Street
Suite 230
Phoenix, Arizona  85018

and

GHELFI LAW GROUP PLLC
Brent Ghelfi

*Attorneys for Plaintiffs*

**LAW OFFICE OF G. LYNN SHUMWAY**
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> C. Megan Fischer, Esq.
> KLEIN THOMAS & LEE
> 340 East Palm Lane, Suite 130
> Phoenix, Arizona 85004
> megan.fischer@kleinthomaslaw.com
>
> Sarah T. Eibling (Admitted Pro Hae Vice)
> NELSON MULLINS
> 1320 Main Street, Suite 1700
> Columbia, South Carolina 29201
> sarah.eibling@nelsonmullins.com

*Attorneys for Defendant General Motors LLC*

s/ *Theresa Varin*