IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elizabeth O'Brien,<br><br>    Plaintiff,<br><br>v.<br><br>General Motors LLC,<br><br>    Defendant. | No. CV-19-05352-PHX-NVW<br><br>**ORDER** |

   Plaintiff filed a Notice of Settlement on June 3, 2020.  (Doc. 52.)  No settlement documents have yet been filed.

   IT IS THERFORE ORDERED that, unless before then the parties have submitted documents for the termination of this case, the Clerk of the Court enter judgment on or after July 15, 2020, dismissing this case with prejudice, saving only to the parties their agreement for settlement of this dispute, which they may enforce by a new action in a court of competent jurisdiction.

   Dated this 26th day of June, 2020.

                              _____
                                    Neil V. Wake
                              Senior United States District Judge