**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Elizabeth O'Brien,<br><br>          Plaintiff,<br><br>v.<br><br>General Motors LLC,<br><br>          Defendant. | NO. CV-19-05352-PHX-NVW<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed June 26, 2020,  this case is dismissed with prejudice, saving only to the parties their agreement for settlement of this dispute, which they may enforce by a new action in a court of competent jurisdiction.

Debra D. Lucas
Acting District Court Executive/Clerk of Court

July 15, 2020

By   s/ G. Puraty
     Deputy Clerk